md tort claim act
4-6-21
Case 1:21-cv-00904-RDB   Document 1   Filed 04/12/21   Page 1 of 5
SCANNED

Notice of slander, libel, yellow journalism, defamation,

I Rodney Lee Harris jr. is notifying wjz, fox 45, and the Baltimore Sun newspaper publishing, that i am bringing forth the torts mentioned above for the falsified publishing of statements on my trial, the misuse of my image, and the public hatred put on me by damaging my good character. Jan 16, 2020 (the 14th-) my face was leaked into the media without my consent or compensation for its usage, information bled into the community that was falsified and manufactured.

Publication; there must be communication by the speaker or writer to at least one third person.

wjz channel 13 news, fox 45 channel news, and the baltimore sun publishing newspaper company, falsely and maliciously published the statements to ploy on the viewers intelligence for ratings ($$$) purposes rather than to seek truth.

the definition of the so called privacy right as the phrase suggests, founded upon the claim that a man has a right to pass through this world, if he will, without having his picture published, and that the things which may not be written and published of him must not be spoken of him by his neighbors, whether the comment be favorable or otherwise.

In every such case the individual is entitled to decide whether that which is his shall be given to the public. No other has the right to publish his productions in any form, without his consent.

this deals only specifically with the damage to my reputation, with the injury done to the individual in his external relations to the community, by lowering him in the estimation of his fellows. the matter published of him,

however widely disseminated under this authority, must, in order to be actionable, have a direct tendency to injure him in his intercourse with others, and even if in writing or in print, must subject him to the hatred, ridicule, or contempt of his fellow men, the effect of the publication upon his estimate of himself and upon his own feelings, not forming an essential element in the cause of action.

My picture was and is being published to benefit the publisher's business without my consent or just compensation for using my image, name and likeness.

The law states,

"An act to prevent the unauthorized use of the name or picture of any person for the purposes of trade.

"Section 1. A person, firm, or corporation that uses for advertising purposes, or for the purposes of trade, the name, portrait, or picture of any living person without having first obtained the written consent of such person, or if a minor, of his or her parent or guardian, is guilty of a misdemeanor.

"Section 2. Any person whose name, portrait, or picture is used within this state for advertising purposes or for the purposes of trade without the written consent first obtained as above provided may maintain an equitable action in the supreme court of this state against the person, firm, or corporation so using his name, portrait, or picture, to prevent and restrain the use thereof; and may also sue and recover damages for any injuries sustained by reason of such use, and if the defendant shall have knowingly used such person's name, portrait, or picture in such manner as is forbidden or declared to be unlawful by this act, the jury, in its discretion, may award exemplary damages.""

The privilege and capacity to exercise a right, though unexercised, is a thing of value — is property — of which one cannot be despoiled. "If a man has a right to his own image as made to accept by his picture, it cant be appropriated by another against his consent. It must strike the most obtuse that a claim of exclusive right to one's picture is a just claim. One may have peculiarity of appearance, and if it's to be made a matter of merchandise, why should it not be for his benefit? It's a right which he may wish to exercise for his own profit, and why may he not restrain another who is using it for gain? If there's value in it, sufficient to excite the cupidity of another, why isn't the property of him who gives it the value and from whom the value springs?"

Property isn't, necessarily, the thing itself which is owned; its the right of the owner in relation to it. The right to be protected in one's possession of a thing or in one's privileges, belonging to him as an individual, or secured to him as a member of the commonwealth, is property, and as such entitled to the protection of the law. The protective power of equity isn't exercised upon the tangible thing, but upon the right to enjoy it; and so its called forth for the protection of the right to that which is one's exclusive possession, as a property right.

A person who is attacked in a newspaper has the right to answer to defamatory charges and present his side of the controversy to the people, and such answer is privileged; under a salutary principle of our laws, character is deemed property; and the possession of public esteem becomes an asset which may not be taken away "except in the same manner in which other property may be divested — that is, by due judgment and conviction of law."

By law i hereby send copies of this notice to each party involved

1) Fox 45  2000 w 41st street  Baltimore, md 21211

2) wjz 13  3725 Malden Ave  Baltimore, md 21211

and on the account of the Baltimore sun publishing company i do not know there information but i invoke the right to seek this knowledge needed to inform them of this actionable notice.

Certificate of service

I hereby certify that on this 6th day of April 2021 a copy of this foregoing notice was mailed to:

Clerk of court (Baltimore, md)
fox 45  2000 w 41st street (Bal, md)
wjz 13  3725 Malden Ave (Bal, md)
clerk of civil court (Baltimore, md)

_petitioner_

I do solemnly declare and affirm under the penalties of perjury that the contents of this document are true and correct to the best of my knowledge and information.

_petitioner_

Motion to pray in forma pauperis

I Rodney Harris pro se come now to these honorable courts praying to proceed in forma pauperis, for my state of indigency and inability to proceed financially.

*petitioner*

Request for waiver of court cost form

I request for the forms needed to execute this action above.

*petitioner*

Certificate of service

I hereby certify that on this 6th day of April 2021 that a copy of this motion and request was mailed to:
Clerk of court (Baltimore, md)
Civil clerk of the court (Baltimore, md)

*petitioner*

I do solemnly declare and affirm that under the penalties of perjury that the contents of this document are true and correct to the best of my knowledge and information.

FILED ___ LOGGED ___ ENTERED ___ RECEIVED
APR 12 REC'D
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY ___ DEPUTY

*petitioner*